PROB 12C
(7/93)

Report Date: August 8, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 9 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Norman Eric Taylor                Case Number: 2:11CR00106-LRS-1

Address of Offender:                    Spokane, WA 99217-7063

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 2/11/2003

| | | |
|---|---|---|
| Original Offense: | Possession with Distribution of Cocaine, 21 U.S.C. § 841(a)(1); Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(I) | |
| Original Sentence: | Prison - 135 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Unassigned | Date Supervision Commenced: 10/2/2009 |
| Defense Attorney: | Unassigned | Date Supervision Expires: 10/1/2012 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1              **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

               **Supporting Evidence**: Norman Taylor was arrested on April 22, 2011, by the Spokane Police Department, for delivery of a controlled substance-crack cocaine. Formal charges were filed against Mr. Taylor on June 13, 2011, for two counts of delivery of a controlled substance.

               The police report from April 22, 2011, alleges that a cooperating individual (CI) attempted to purchase crack cocaine on March 24, 2011, at which time, money was exchanged with Norman Taylor. On April 22, 2011, a search warrant was executed at 2414 West Sharp, Spokane, Washington. Norman Taylor was located at the residence and he was arrested for delivery of crack cocaine. Plastic baggies were found at the residence commonly used to package crack cocaine along with a small quantity of U.S. currency.

               Formal charges were filed against Norman Taylor for two counts of delivery of a controlled substance which took place on September 21 and 28, 2010. A trial date has been scheduled

Prob12C
Re: Taylor, Norman Eric
August 8, 2011
Page 2

in Spokane Superior Court for September 19, 2011. The police report indicates that the CI was given $200 in U.S. currency on September 21, 2010. Norman Taylor was contacted by the CI and directed to go to Boone and Lindeke in Spokane, Washington. The CI met a white female and purchased four green pills identified and sold as Oxycontin. On September 28, 2010, the same CI contacted Norman Taylor regarding purchasing Oxycontin. Mr. Taylor met the CI at Division and Augusta in Spokane, Washington. The CI purchased four green pills identified as Oxycontin from Norman Taylor.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/08/2011

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/19/11
Date